# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **MONTREAL LINN** | **CASE NO. 3:22-CV-06259** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **OUACHITA AMERICAN JOB CENTER** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 34] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 36] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the Motion to Dismiss for Failure to State a Claim [Doc. No. 22], is **GRANTED IN PART** and **DENIED IN PART.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that all of Plaintiff Montreal Linn's claims against all individual Defendants, Doretha Bennett, Robin Collinsworth, Jay Mitchell, LaTanya Pusberry, Latanya Smith, Deela Woods, and Frederick Coleman, are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Linn's Title VII discrimination claims and ADA discrimination claims against all Defendants are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Linn's claims against Ouachita American Jobs Center are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Ouachita Parish

Police Jury's motion to dismiss under Rule 12(b)(5) is **DENIED AS MOOT.**[1]

MONROE, LOUISIANA, this 27th day of April 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] Linn's only remaining claims are Title VII retaliation claims and ADA retaliation claims against OPPJ and City of Monroe.